NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCELINA S. VIRATA,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3154

---

Petition for review of the Merit Systems Protection Board in case no. SF3443110721-I-1.

---

## ON MOTION

---

## ORDER

Marcelina S. Virata moves to withdraw her case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the petition for review is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__JUL 12 2012__                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk

cc:  Marcelina S. Virata
     Antonia Ramos Soares, Esq.

s21

Issued As A Mandate:  ___JUL 12 2012___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 12 2012

JAN HORBALY
CLERK